# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
CURIN, MARK A § Case No. 10-17780
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK, U.S. BANKRUPTCY COURT
    7th Floor, Federal Building
    219 South Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 12/16/2011 in Courtroom 201,

    Will County Court Annex Building
    57 North Ottawa Street
    Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____

*DAVID R. BROWN*
*400 SOUTH COUNTY FARM ROAD*
*SUITE 330*
*WHEATON, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| CURIN, MARK A | § | Case No. 10-17780 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,001.59 |
| and approved disbursements of | $ | 66.71 |
| leaving a balance on hand of[1] | $ | 19,934.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID R. BROWN | $ 2,750.16 | $ 0.00 | $ 2,750.16 |
| Attorney for Trustee Fees: SPRINGER, BROWN, COVEY, GAERTNER | $ 3,700.00 | $ 0.00 | $ 3,700.00 |
| Attorney for Trustee Expenses: SPRINGER, BROWN, COVEY, GAERTNER | $ 35.78 | $ 0.00 | $ 35.78 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,485.94 |
| Remaining Balance | | $ | 13,448.94 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,600.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | PYOD LLC as assignee of Citibank, NA | $ 953.12 | $ 0.00 | $ 169.55 |
| 5 | GE Money Bank | $ 1,512.83 | $ 0.00 | $ 269.12 |
| 7 | American Express Bank, FSB | $ 43,291.16 | $ 0.00 | $ 7,701.26 |
| 8 | Fia Card Services, NA/Bank of America | $ 29,843.55 | $ 0.00 | $ 5,309.01 |

Total to be paid to timely general unsecured creditors            $         13,448.94

Remaining Balance                                                 $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown

DAVID R. BROWN
400 SOUTH COUNTY FARM ROAD
SUITE 330
WHEATON, IL 60187

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 10-17780-JHS
Mark A Curin                                                             Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: dgomez              Page 1 of 3           Date Rcvd: Nov 10, 2011
                             Form ID: pdf006           Total Noticed: 86

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 12, 2011.
```
db         +Mark A Curin,   8413 Heather Court,   Burr Ridge, IL 60527-6332
aty        +Springer, Brown, Covey, Gaertner, & Davis LLC,   400 S Country Farm Road Ste 330,
             Wheaton, IL 60187-4547
15451235   +A New Dairy,   1234 West Randolph,   Chicago, IL 60607-1604
15451244    ATK Foods,   1143 West Lake Street,   Chicago, IL 60607-1683
15451236   +Alberto Tinocco,   8204 West 44th Place,   Lyons, IL 60534-1703
15451237    Alliance,   915 West Randolph Street,   Chicago, IL 60607
15451238    American Express,   P. O. Box 0001,   Los Angeles, CA 90096-8000
16367125    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15451241   +Amigo Foods,   5251 South Millard,   Chicago, IL 60632-3746
15451242    Anchor Bank,   P. O. Box 7933,   Madison, WI 53707-7933
15451243   +Anmar Foods, Inc.,   2150 West Carrol Avenue,   Chicago, IL 60612-1604
15451245    Auto-Owners Insurance,   P. O. Box 30315,   Lansing, MI 48909-7815
15451246   +Bank of America,   100 North Tryon Street,   Charlotte, NC 28255-0001
15451247   +Banner,   3000 South Ashland Avenue,   Suite 300,   Chicago, IL 60608-5348
15451248   +Belmont Sausage,   2201 Estes Avenue,   Elk Grove Village, IL 60007-5426
15451249   +Buedel Food,   7661 South 78th Avenue,   Bridgeview, IL 60455-1274
15451250   +C&C Pest Control,   348 East North Avenue,   North Lake, IL 60164-2627
15451251    Chester Jankowski,   1010 Coronet,   La Grange, IL 60525-7426
15451252    Chicago Boxed Beef,   Dept. 4650, P. O. Box 87618,   Chicago, IL 60680-0618
15451253   +Chicago Metropolitan Fire,   Prevention Company,   820 North Addison Avenue,
             Elmhurst, IL 60126-1218
15451254    Citi Cards,   P. O. Box 688901,   Des Moines, IA 50368-8901
15451255    Citi Mortgage,   P. O. Box 183040,   Columbus, OH 43218-3040
15451256    City of Chicago Dept. of Water Mgmt,   P. O. Box 6330,   Chicago, IL 60680-6330
15451259   +Coffee Masters,   P. O. Box 460 Sprong,   Spring Grove, IL 60081-0460
15451261   +Conserv FS, Inc.,   97791 Eagle Way,   Chicago, IL 60678-9770
15451262    Crown Equipment Corporation,   P. O. Box 641173,   Cincinnati, OH 45264-1173
15451263   +Custome Craft Food Service,   208 West Madison Street,   Oak Park, IL 60302-4108
15451265   +Del Rey Tortilla,   2701 South Trumbull,   Chicago, IL 60623-4627
15451266    Economy Packing Company,   939 West Fulton Street,   Chicago, IL 60607
15451267   +Eggs America,   6003 W. Overland Road Ste 204,   Boise, ID 83709-3076
15451268   +Euro Bank,   230 19th Street S.,   Saint Petersburg, FL 33712-1320
15451269   +European Imports, Ltd.,   2475 North Elston Avenue,   Chicago, IL 60647-2033
15451270   +Evergreen International, Inc.,   2404 South Wolcott,   Units 8 and 9,   Chicago, IL 60608-5342
15451271    Ford Motor Credit,   P. O. Box 790093,   Saint Louis, MO 63179-0093
15451273   +Frank and Mary Pagano,   1209 Milne,   Lockport, IL 60441-3816
15451275   +Groot Industries, Inc.,   1759 Elmhurst Road,   Elk Grove Village, IL 60007-5957
15451276   +Grubb & Ellis,   9550 West Higgins Road,   Des Plaines, IL 60018-4962
15451277   +Hino of Chicago,   5330 West Pershing Road,   Cicero, IL 60804-4401
15451278    Home Depot,   P. O. Box 6029,   The Lakes, NV 88901-6029
15451279   +Hot Potato,   1132-34 West Randolph,   Chicago, IL 60607-1619
15451280   +Illinois Auto Central,   1462 Paysphere Circle,   Chicago, IL 60674-0001
15451281   +International Foods & Ingredients,   760 Lakeside Drive, Unit C,   Gurnee, IL 60031-9166
15451282   +Isola Imports, Inc.,   4525 South Tripp Avenue,   Chicago, IL 60632-4416
15451283   +Jason Elwell, Computer I. T.,   14847 Saint Louis,   Midlothian, IL 60445-3607
15451287   +MT Food Service, Inc.,   c/o Kevin J. Hermanek Law Office,   8 West Monroe Street, #809,
             Chicago, IL 60603-2449
15451284   +Macke Water Systems,   P. O. Box 545,   Wheeling, IL 60090-0545
15451285   +Mike Smit,   13700 South 84th,   Orland Park, IL 60462-1784
15451286   +Mozerka Meats, Inc.,   5830 West 81st Street,   Burbank, IL 60459-1932
15451288   +Mt. Dairy Service,   400 North Noble Street,   Chicago, IL 60642-6697
15451292    Pan American Bank,   c/o Serpe, Dizonno & Associates Ltd,   One Pierce Place, Suite 150C,
             Itasca, IL 60143-2692
15451290   +Pan American Bank,   2627 West Cermak Road,   Chicago, IL 60608-3596
15451293   +Park Printing,   9903 South Roberts Road,   Palos Hills, IL 60465-1532
15451294   +Pasta Factory,   11225 West Grand Avenue,   Melrose Park, IL 60164-1036
15451295   +Pasture to Plate, Inc.,   5105 West Ogden Avenue,   Cicero, IL 60804-3537
15451296    Peoples Gas,   Chicago, IL 60687-0001
15451297    Pep Boys,   P. O. Box 8500-50445,   Philadelphia, PA 19178-8500
15451298    Performance Food Group,   8001 TPC Road,   P. O. Box 7210,   Rock Island, IL 61204-7210
15451300   +Quality Food Products, Inc.,   172 North Peoria Street,   Chicago, IL 60607-2311
15451301   +RFD,   2300 West Lake Street, Unit A,   Chicago, IL 60612-2212
15451304   +Specials Inc.,   c/o Ronald Mrofka,   P.O. Box 46186,   Chicago, IL 60646-0186
15451369    Suburban Bank & Trust,   P. O. Box 419,   Elmhurst, IL 60126-0419
15451370   +Suburban Bank & Trust,   c/o Mark D. Belongia,   20 South Clark Street, Suite 300,
             Chicago, IL 60603-1896
15451368    Suburban Bank & Trust,   Main Branch,   Elmhurst, IL 60126
15451371   +Supreme Lobster,   220 East North Avenue,   Villa Park, IL 60181-1207
15451372    T-Mobile,   P. O. Box 742596,   Cincinnati, OH 45274-2596
15451373    Tom Decanio,   20650 West Exeter Road,   La Grange, IL 60525
15451374   +Town of Kildare,   Patty Schluter, Treasurer,   W3512 57th Street,
             Lyndon Station, WI 53944-9519
15451375    Toyota Financial Services,   P. O. Box 4102,   Carol Stream, IL 60197-4102
```

```
District/off: 0752-1           User: dgomez                Page 2 of 3                   Date Rcvd: Nov 10, 2011
                               Form ID: pdf006             Total Noticed: 86


15451376      +Uline,    2200 South Lakeside Drive,    Waukegan, IL 60085-8311
15451377      +Vans Floral Products,    3730 West 131st Street,    Alsip, IL 60803-1519
15451378       Vienna Beef, Ltd.,    8033 Solutions Center,    Chicago, IL 60677-8000
15451379      +Wabash Seafood Company,    2249 J W Hubbard Street,    Chicago, IL 60612-1613
15451380      +Weinstein,    2906 Paysphere Circle,    Chicago, IL 60674-0001
15451381      +Weinstein Meats,    Scott Weinstein,   7501 Industrial Drive,    Forest Park, IL 60130-2515
15451383      +XO Communications,    14239 Collections Center Drive,    Chicago, IL 60693-0142
15451384      +Ziyad Brothers,    5400 West 35th Street,    Cicero, IL 60804-4431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15451260       E-mail/Text: legalcollections@comed.com Nov 10 2011 20:06:53     Com Ed,    Bill Payment Center,
                Chicago, IL 60668-0001
16370213       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 10 2011 21:39:09
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15451271       E-mail/Text: bankruptcy@wrightexpress.com Nov 10 2011 20:19:42     Fleet Services,
                P. O. Box 6293,    Carol Stream, IL 60197-6293
16233790       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 22:04:16     GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15451274      +E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 22:04:16     GEMB/Sam's Club,    P. O. Box 981400,
                El Paso, TX 79998-1400
15451289      +E-mail/Text: bankrup@nicor.com Nov 10 2011 20:05:46     Nicor Gas,    P. O. Box 8350,
                Aurora, IL 60507-8577
16098751      +E-mail/Text: resurgentbknotifications@resurgent.com Nov 10 2011 20:05:32
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
15451299       E-mail/Text: drossner@pompstire.com Nov 10 2011 20:07:36     Pomps Tire Service,    P. O. Box 1630,
                Green Bay, WI 54305-1630
15451302       E-mail/PDF: gecsedi@recoverycorp.com Nov 10 2011 22:04:16     Sam's Club Credit Card,
                P. O. Box 530942,    Atlanta, GA 30353-0942
15451382       E-mail/Text: bankruptcy@wrightexpress.com Nov 10 2011 20:19:41     Wright Express Fleet Service,
                P. O. Box 6293,    Carol Stream, IL 60197-6293
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15451257       CMTM, LLC
15451258       CMTM, LLC
15451328       Specials, Inc.
15451329       Specials, Inc.
15451330       Specials, Inc.
15451331       Specials, Inc.
15451332       Specials, Inc.
15451333       Specials, Inc.
15451334       Specials, Inc.
15451335       Specials, Inc.
15451336       Specials, Inc.
15451337       Specials, Inc.
15451338       Specials, Inc.
15451339       Specials, Inc.
15451340       Specials, Inc.
15451341       Specials, Inc.
15451342       Specials, Inc.
15451343       Specials, Inc.
15451344       Specials, Inc.
15451345       Specials, Inc.
15451346       Specials, Inc.
15451347       Specials, Inc.
15451348       Specials, Inc.
15451349       Specials, Inc.
15451350       Specials, Inc.
15451351       Specials, Inc.
15451352       Specials, Inc.
15451353       Specials, Inc.
15451354       Specials, Inc.
15451355       Specials, Inc.
15451356       Specials, Inc.
15451357       Specials, Inc.
15451358       Specials, Inc.
15451359       Specials, Inc.
15451360       Specials, Inc.
15451361       Specials, Inc.
15451362       Specials, Inc.
15451363       Specials, Inc.
15451364       Specials, Inc.
15451365       Specials, Inc.
15451366       Specials, Inc.
15451367       Specials, Inc.
15451305       Specials, Inc.
15451306       Specials, Inc.
15451307       Specials, Inc.
```

```
District/off: 0752-1            User: dgomez                Page 3 of 3                 Date Rcvd: Nov 10, 2011
                                Form ID: pdf006             Total Noticed: 86


              ***** BYPASSED RECIPIENTS (continued) *****
15451308        Specials, Inc.
15451309        Specials, Inc.
15451310        Specials, Inc.
15451311        Specials, Inc.
15451312        Specials, Inc.
15451313        Specials, Inc.
15451314        Specials, Inc.
15451315        Specials, Inc.
15451316        Specials, Inc.
15451317        Specials, Inc.
15451318        Specials, Inc.
15451319        Specials, Inc.
15451320        Specials, Inc.
15451321        Specials, Inc.
15451322        Specials, Inc.
15451323        Specials, Inc.
15451324        Specials, Inc.
15451325        Specials, Inc.
15451326        Specials, Inc.
15451327        Specials, Inc.
15451239*       American Express,    P. O. Box 0001,    Los Angeles, CA 90096-0001
15451240*       American Express,    P. O. Box 0001,    Los Angeles, CA 90096-0001
15451291*      +Pan American Bank,    2627 West Cermak Road,    Chicago, IL 60608-3596
15451264      ##+Daimer Truck Financial,    13650 Heritage Parkway,    Fort Worth, TX 76177-5323
15451303      ##+Sonoma Farm, Inc.,    3130 South Kolin avenue,    Chicago, IL 60623-4831
                                                                                 TOTALS: 65, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 12, 2011**                    **Signature:**    _Joseph Speetjens_