# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
CURIN, MARK A                           §        Case No. 10-17780
                                        §
               Debtor(s)                §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/DAVID R. BROWN _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Anchor Bank P. O. Box 7933 Madison, WI 53707-7933 | | | | | |
| | Town of Kildare Patty Schluter, Treasurer W3512 57th Street Lyndon Station, WI 53944 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNION BANK | | | | | |
| SPRINGER, BROWN | | | | | |
| SPRINGER, BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | MOZERKA MEATS, INC. | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A New Dairy 1234 West Randolph Chicago, IL 60607 | | | | | |
| | ATK Foods 1143 West Lake Street Chicago, IL 60607-1683 | | | | | |
| | Alberto Tinocco 8204 West 44th Place Lyons, IL 60534 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliance 915 West Randolph Street Chicago, IL 60607 | | | | | |
| | American Express P. O. Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express P. O. Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | American Express P. O. Box 0001 Los Angeles, CA 90096-0001 | | | | | |
| | Amigo Foods 5251 South Millard Chicago, IL 60632 | | | | | |
| | Anmar Foods, Inc. 2150 West Carrol Avenue Chicago, IL 60612 | | | | | |
| | Auto-Owners Insurance P. O. Box 30315 Lansing, MI 48909-7815 | | | | | |
| | Bank of America 100 North Tryon Street Charlotte, NC 28255 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Banner 3000 South Ashland Avenue Suite 300 Chicago, IL 60608 | | | | | |
| | Belmont Sausage 2201 Estes Avenue Elk Grove Village, IL 60007 | | | | | |
| | Buedel Food 7661 South 78th Avenue Bridgeview, IL 60455 | | | | | |
| | C&C Pest Control 348 East North Avenue North Lake, IL 60164 | | | | | |
| | Chester Jankowski 1010 Coronet La Grange, IL 60525-7426 | | | | | |
| | Chicago Boxed Beef Dept. 4650, P. O. Box 87618 Chicago, IL 60680-0618 | | | | | |
| | Chicago Metropolitan Fire Prevention Company 820 North Addison Avenue Elmhurst, IL 60126 | | | | | |
| | Citi Cards P. O. Box 688901 Des Moines, IA 50368-8901 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Mortgage P. O. Box 183040 Columbus, OH 43218-3040 | | | | | |
| | City of Chicago Dept. of Water Mgmt P. O. Box 6330 Chicago, IL 60680-6330 | | | | | |
| | Coffee Masters P. O. Box 460 Sprong Spring Grove, IL 60081 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Conserv FS, Inc. 97791 Eagle Way Chicago, IL 60678 | | | | | |
| | Crown Equipment Corporation P. O. Box 641173 Cincinnati, OH 45264-1173 | | | | | |
| | Custome Craft Food Service 208 West Madison Street Oak Park, IL 60302 | | | | | |
| | Daimer Truck Financial 13650 Heritage Parkway Fort Worth, TX 76177 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Del Rey Tortilla 2701 South Trumbull Chicago, IL 60623 | | | | | |
| | Economy Packing Company 939 West Fulton Street Chicago, IL 60607 | | | | | |
| | Eggs America 6003 W. Overland Road Boise, ID 83709 | | | | | |
| | Euro Bank 230 19th Street S. Saint Petersburg, FL 33712 | | | | | |
| | European Imports, Ltd. 2475 North Elston Avenue Chicago, IL 60647 | | | | | |
| | Evergreen International, Inc. 2404 South Wolcott Units 8 and 9 Chicago, IL 60608-5390 | | | | | |
| | Fleet Services P. O. Box 6293 Carol Stream, IL 60197-6293 | | | | | |
| | Ford Motor Credit P. O. Box 790093 Saint Louis, MO 63179-0093 | | | | | |
| | Frank and Mary Pagano 1209 Milne Lockport, IL 60441 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEMB/Sam's Club P. O. Box 981400 El Paso, TX 79998 | | | | | |
| | Groot Industries, Inc. 1759 Elmhurst Road Elk Grove Village, IL 60007 | | | | | |
| | Grubb & Ellis 9550 West Higgins Road Des Plaines, IL 60018 | | | | | |
| | Hino of Chicago 5330 West Pershing Road Cicero, IL 60804 | | | | | |
| | Home Depot P. O. Box 6029 The Lakes, NV 88901-6029 | | | | | |
| | Hot Potato 1132-34 West Randolph Chicago, IL 60607 | | | | | |
| | Illinois Auto Central 1462 Paysphere Circle Chicago, IL 60674 | | | | | |
| | International Foods & Ingredients 760 Lakeside Drive, Unit C Gurnee, IL 60031 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Isola Imports, Inc. 4525 South Tripp Avenue Chicago, IL 60632 | | | | | |
| | Jason Elwell, Computer I. T. 14847 Saint Louis Midlothian, IL 60445 | | | | | |
| | MT Food Service, Inc. c/o Kevin J. Hermanek Law Office 8 West Monroe Street, #809 Chicago, IL 60603 | | | | | |
| | Macke Water Systems P. O. Box 545 Wheeling, IL 60090-0505 | | | | | |
| | Mike Smit 13700 South 84th Orland Park, IL 60462 | | | | | |
| | Mozerka Meats, Inc. 5830 West 81st Street Burbank, IL 60459 | | | | | |
| | Mt. Dairy Service 400 North Noble Street Chicago, IL 60642 | | | | | |
| | Nicor Gas P. O. Box 8350 Aurora, IL 60507-8350 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pan American Bank 2627 West Cermak Road Chicago, IL 60608-3514 | | | | | |
| | Pan American Bank 2627 West Cermak Road Chicago, IL 60608-3514 | | | | | |
| | Pan American Bank c/o Serpe, Dizonno & Associates Ltd One Pierce Place, Suite 150C Itasca, IL 60143-2692 | | | | | |
| | Park Printing 9903 South Roberts Road Palos Hills, IL 60465 | | | | | |
| | Pasta Factory 11225 West Grand Avenue Melrose Park, IL 60164 | | | | | |
| | Pasture to Plate, Inc. 5105 West Ogden Avenue Cicero, IL 60804 | | | | | |
| | Peoples Gas Chicago, IL 60687-0001 | | | | | |
| | Pep Boys P. O. Box 8500-50445 Philadelphia, PA 19178-8500 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Performance Food Group 8001 TPC Road P. O. Box 7210 Rock Island, IL 61204-7210 | | | | | |
| | Pomps Tire Service P. O. Box 1630 Green Bay, WI 54305-1630 | | | | | |
| | Quality Food Products, Inc. 172 North Peoria Street Chicago, IL 60607 | | | | | |
| | RFD 2300 West Lake Street, Unit A Chicago, IL 60612 | | | | | |
| | Sam's Club Credit Card P. O. Box 530942 Atlanta, GA 30353-0942 | | | | | |
| | Sonoma Farm, Inc. 3130 South Kolin avenue Chicago, IL 60623 | | | | | |
| | Specials Inc. c/o Ronald Mrofka P.O. Box 46186 Chicago, IL 60646 | | | | | |
| | Suburban Bank & Trust Main Branch Elmhurst, IL 60126 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Bank & Trust P. O. Box 419 Elmhurst, IL 60126-0419 | | | | | |
| | Suburban Bank & Trust c/o Mark D. Belongia 20 South Clark Street, Suite 300 Chicago, IL 60603 | | | | | |
| | Supreme Lobster 220 East North Avenue Villa Park, IL 60181-6688 | | | | | |
| | T-Mobile P. O. Box 742596 Cincinnati, OH 45274-2596 | | | | | |
| | Tom Decanio 20650 West Exeter Road La Grange, IL 60525 | | | | | |
| | Uline 2200 South Lakeside Drive Waukegan, IL 60085 | | | | | |
| | Vans Floral Products 3730 West 131st Street Alsip, IL 60803 | | | | | |
| | Vienna Beef, Ltd. 8033 Solutions Center Chicago, IL 60677-8000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wabash Seafood Company 2249 J W Hubbard Street Chicago, IL 60612 | | | | | |
| | Weinstein 2906 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Weinstein Meats Scott Weinstein 7501 Industrial Drive Forest Park, IL 60130 | | | | | |
| | Wright Express Fleet Service P. O. Box 6293 Carol Stream, IL 60197-6293 | | | | | |
| | XO Communications 14239 Collections Center Drive Chicago, IL 60693 | | | | | |
| | Ziyad Brothers 5400 West 35th Street Cicero, IL 60804 | | | | | |
| 2 | CUSTOME CRAFT FOOD SERVICE | | | | | |
| 6 | EGGS AMERICA | | | | | |
| 5 | GE MONEY BANK | | | | | |
| 1 | HOT POTATO | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 7 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-17780   JHS   Judge: JOHN H. SQUIRES | |
| Case Name: | CURIN, MARK A | |
| For Period Ending: | 05/24/12 | |

| | |
|---|---|
| Trustee Name: | DAVID R. BROWN |
| Date Filed (f) or Converted (c): | 04/21/10 (f) |
| 341(a) Meeting Date: | 07/06/10 |
| Claims Bar Date: | 11/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1940 West 56th Street, Kildare, WI | 140,000.00 | 47,593.83 | DA | 0.00 | FA |
| 2. checking account with Harris Bank | 4,570.84 | 4,570.84 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. checking account with Bank of America | 1,500.00 | 1,500.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. household goods, see attached list half interest, | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| 5. books, pictures, miscellaneous items | 600.00 | 600.00 | DA | 0.00 | FA |
| 6. usual and ordinary wearing apparel | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. non-working Rolex | 1,400.00 | 1,400.00 | | 0.00 | FA |
| 8. collection of guns & kayaks and other property lis | 6,550.00 | 6,550.00 | | 0.00 | FA |
| 9. term life insurance (face value $1,000,000.00) - W | 0.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. simple IRA | 320,000.00 | 320,000.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Specials, Inc. (32% interest) | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. CMTM, LLC | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. amount due from Specials, Inc. (loan balance) | 27,900.00 | 27,900.00 | DA | 0.00 | FA |
| 14. 2009 tax refund not filed yet | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. 2005 Aluma Trailer | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 16. 2010 Scion TC (leased vehicle) | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. three Honda ATV's (250), (250), and (90) | 2,500.00 | 2,500.00 | | 1,500.00 | FA |
| 18. motorcycle trailer | 500.00 | 500.00 | | 250.00 | FA |
| 19. debtor's spouse owns a 2010 Dodge Ram and 2010 Seb | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2008 HOnda Goldwing | 15,000.00 | 15,000.00 | | 12,250.00 | FA |
| 21. 50% interest in lift and crest pontoon boat at Mar | 8,500.00 | 8,500.00 | | 5,500.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 10-17780 | JHS | Judge: JOHN H. SQUIRES |
|---|---|---|---|
| Case Name: | CURIN, MARK A | | |

| Trustee Name: | DAVID R. BROWN |
|---|---|
| Date Filed (f) or Converted (c): | 04/21/10 (f) |
| 341(a) Meeting Date: | 07/06/10 |
| Claims Bar Date: | 11/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 1.59 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $534,020.84 | $441,614.67 | | $20,001.59 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaits claims review and FR

Initial Projected Date of Final Report (TFR): 03/15/11        Current Projected Date of Final Report (TFR): 03/15/11

FORM 2                                                                                                    Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-17780 -JHS | Trustee Name: | DAVID R. BROWN |
| Case Name: | CURIN, MARK A | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1416  Money Market Account |
| Taxpayer ID No: | *******9218 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/15/10 | * NOTE * | Annette T. Curin | * NOTE *  Properties 15, 17, 18, 20, 21 | 1129-000 | 20,000.00 | | 20,000.00 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.51 | | 20,000.51 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 0.84 | | 20,001.35 |
| 01/31/11 | INT | Union Bank | Interest Rate  0.000 | 1270-000 | 0.24 | | 20,001.59 |
| 02/09/11 | | Transfer to Acct #*******1465 | TRANSFER TO WRITE CHECKS | 9999-000 | | 20.00 | 19,981.59 |
| 10/19/11 | | Union Bank | bank charges | 2600-000 | | 46.71 | 19,934.88 |
| 12/23/11 | | Transfer to Acct #*******1465 | Final Posting Transfer | 9999-000 | | 19,934.88 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 20,001.59 | 20,001.59 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 19,954.88 | |
| Subtotal | 20,001.59 | 46.71 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 20,001.59 | 46.71 | |

Page Subtotals                20,001.59          20,001.59

Ver: 16.06b

FORM 2    Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| Case No: | 10-17780 -JHS | | Trustee Name: | DAVID R. BROWN |
| Case Name: | CURIN, MARK A | | Bank Name: | Union Bank |
| | | | Account Number / CD #: | *******1465  Checking Account |
| Taxpayer ID No: | *******9218 | | | |
| For Period Ending: | 05/24/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/09/11 | | Transfer from Acct #*******1416 | TRANSFER TO WRITE CHECKS | 9999-000 | 20.00 | | 20.00 |
| 02/09/11 | 000101 | INTERNATIONAL SURETIES, LTD. | Bond 016026455 | 2300-000 | | 20.00 | 0.00 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 12/23/11 | | Transfer from Acct #*******1416 | Transfer In From MMA Account | 9999-000 | 19,934.88 | | 19,934.88 |
| 12/23/11 | 000102 | DAVID R. BROWN | Chapter 7 Compensation/Expense | 2100-000 | | 2,750.16 | 17,184.72 |
| | | 400 SOUTH COUNTY FARM ROAD | | | | | |
| | | SUITE 330 | | | | | |
| | | WHEATON, IL  60187 | | | | | |
| 12/23/11 | 000103 | SPRINGER, BROWN, COVEY, GAERTNER | Attorney for Trustee Fees (Trustee | | | 2,850.63 | 14,334.09 |
| | | & DAVIS, LLC | | | | | |
| | | 400 South County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| | | | Fees           2,822.50 | 3110-000 | | | |
| | | | Expenses          28.13 | 3120-000 | | | |
| 12/23/11 | 000104 | PYOD LLC as assignee of Citibank, NA | Claim 4, Payment 18.95984% | 7100-000 | | 180.71 | 14,153.38 |
| | | c/o Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |
| | | Greenville, SC 29602- | | | | | |
| 12/23/11 | 000105 | GE Money Bank | Claim 5, Payment 18.96049% | 7100-000 | | 286.84 | 13,866.54 |
| | | c/o Recovery Management Systems Corporat | (5-1) SAM'S CLUB | | | | |
| | | 25 SE 2nd Ave Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| 12/23/11 | 000106 | American Express Bank, FSB | Claim 7, Payment 18.96027% | 7100-900 | | 8,208.12 | 5,658.42 |
| | | c o Becket and Lee LLP | (7-1) CREDIT CARD DEBT | | | | |
| | | POB 3001 | | | | | |
| | | Malvern, PA 19355-0701 | | | | | |

| | | | Page Subtotals | | 19,954.88 | 14,296.46 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Page: 3

FOR Page

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-17780 -JHS
Case Name: CURIN, MARK A

Taxpayer ID No: *******9218
For Period Ending: 05/24/12

Trustee Name: DAVID R. BROWN
Bank Name: Union Bank
Account Number / CD #: *******1465 Checking Account

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/23/11 | 000107 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 8, Payment 18.96028% | 7100-900 | | 5,658.42 | 0.00 |

|  |  | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 19,954.88 | 19,954.88 | 0.00 |
| Less: Bank Transfers/CD's | | 19,954.88 | 0.00 | |
| Subtotal | | 0.00 | 19,954.88 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 19,954.88 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - *******1416 | 20,001.59 | 46.71 | 0.00 |
| Checking Account - *******1465 | 0.00 | 19,954.88 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 20,001.59 | 20,001.59 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 5,658.42

Ver: 16.06b